# Exhibit 1

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to:    Agency(ies) Charge No(s):<br>___ FEPA<br>_X_ EEOC |
|---|---|

| Pennsylvania Human Relations Commission and EEOC |
|---|
| *State or local Agency, if any* |

| Name (*indicate Mr. Ms. Mrs.*)<br>Jennifer Mobilia | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Street Address | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Nexstar Media Inc., d/b/a WJET/TV | No. Employees, Members | Phone No. (Include Area Code)<br>814-864-2400 |
|---|---|---|
| Street Address<br>8455 Peach Street | City, State and ZIP Code<br>Erie, PA 16509 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>__ RACE   __ COLOR   _X_ SEX   __ RELIGION   __ NATIONAL ORIGIN<br><br>_x_ RETALIATION   __ AGE   __ DISABILITY   __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest      Latest<br><br>_x_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I am female. I have over 20 years of experience working as a television news anchor. I have worked in several large markets, including Ft. Myers, Florida, Providence, Rhode Island, Rochester, New York and Buffalo, New York. I began my employment for Nexstar Media Inc, d/b/a WJET-TV (the "Company") in December 2021 as a television news anchor. I am also now active in new union activities.

In December of 2021, I agreed to a five-year personal services contract with the Company. I was hired to co-anchor the 10 p.m. and the 11 p.m. newscasts. I was hired on a salary basis, with an increase of $1,000 each year.

On August 5, 2022, my female co-anchor, left the Company. The Company then informed me that I would be permanently anchoring the 5 p.m. and 6 p.m. newscasts in addition to the 10 p.m. and 11 p.m. newscasts. The 5 p.m. and 6 p.m. newscasts are the highest-rated ones in the market and they generate the most revenue for the Company.

Customarily in the industry, when a reporter is promoted to anchor or an anchor is given higher profile positions (e.g. weekend anchor to morning anchor or morning anchor to evening anchor or additional evening newscasts), there is an increase in pay, even if there is not necessarily an increase in the total number of hours worked. This has been and remains true at the Company.

I began anchoring the 5 p.m. and 6 p.m. newscasts on August 8, 2022. I share the 5 p.m., 6 p.m. and 11 p.m. news shows with a male anchor. The 5 p.m. and 6 p.m. newscasts added more responsibility and workload. At that point, I was doing more work than my male counterpart. I requested additional compensation for the increased workload. However, the Company denied my request for additional compensation. At that time, and over the past two years, the General Manager told me the Company would not increase my salary and had no money in the budget to do so.

Upon information and belief, the male co-anchor earns a substantially higher salary than me, and in addition to our shared newscasts, I also anchor the 10 p.m. by myself. I believe I am being subjected to differential treatment based on my gender with respect to my salary. Although my male co-anchor has approximately 35 years of experience, so did my predecessor female co-anchor, but she also earned a much smaller salary. This appears to be a pattern of differential treatment to women anchors.

I raised my gender discrimination claims and proposed that the Company increase my salary to close at least some of this pay gap. The Company denied my proposal. In addition, the Company advised that it would be hiring an additional anchor, when all along the Company told me the female co-anchor's position would not be replaced, but "re-absorbed" by current talent and there was no budget to pay me additional monies for my additional workload. I contend this is retaliation as it coincides with my recent complaint of discrimination.

I believe I have been discriminated against based on gender and retaliation in violation of Title VII of the Civil Rights Act of 1964 and Pennsylvania Human Relations Act.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>5/10/2024<br>Date   *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)   May 6, 2024 |

Commonwealth of Pennsylvania - Notary Seal
JENNA L WINNE - Notary Public
Erie County
My Commission Expires June 8, 2025
Commission Number 1272306

*notary public*

# Exhibit 2

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Pittsburgh Area Office
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
(412) 588-6905
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/22/2024

**To:** Jennifer Mobilia

Charge No: 533-2024-01990

EEOC Representative and email:   Philadelphia Legal Unit, (267) 589-9700

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Deborah Kane
11/22/2024
Deborah Kane
Area Office Director

CC:
Jana Korhonen
Harvey Sanders

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 533-2024-01990 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Jamie Williamson, 801 Market St Suite 1000, Philadelphia, PA 19107.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 533-2024-01990 to the District Director at Jamie Williamson, 801 Market St Suite 1000, Philadelphia, PA 19107.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.